*Adamson* for petitioner. *Solicitor General Fahy* and *Messrs. Warner W. Gardner, Arnold Levy,* and *Jesse B. Messitte* for respondents.

No. 971. BINKLEY MINING CO. *v.* WHEELER, ACTING DIRECTOR, BITUMINOUS COAL DIVISION, ET AL. June 7, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Henry Adamson* for petitioner. *Solicitor General Fahy* and *Messrs. Warner W. Gardner, Arnold Levy,* and *Jesse B. Messitte* for respondents.

No. 988. CLEVELAND TRUST CO. ET AL. *v.* STOLLER. June 7, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. A. L. Gebhard* and *Kerns Wright* for petitioners. *Mr. Elmer McClain* for respondent.

No. 989. GORDON FORM LATHE CO. *v.* FORD MOTOR CO. June 7, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. F. O. Richey* and *B. D. Watts* for petitioner. *Messrs. Drury W. Cooper* and *I. Joseph Farley* for respondent.

No. 992. N. O. NELSON CO. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. June 7, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Abraham Lowenhaupt, Stanley S. Waite,* and *Jacob Chasnoff* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key* and

*J. Louis Monarch* and *Mrs. Maryhelen Wigle* for respondent.

No. 1000. PETTICREW REAL ESTATE Co. *v.* MUFFLER, RECEIVER, ET AL. June 7, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Sidney G. Kusworm* for petitioner. *Mr. George W. Tehan* for respondents.

No. 1004. KEAL DRIVEWAY CO. ET AL. *v.* CAR AND GENERAL INSURANCE CORP. June 7, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. R. W. Shackelford* for petitioners. *Mr. K. I. McKay* for respondent.

No. 1007. WINSTON *v.* MARTIN ET AL., TRADING AS MARTIN BROS. June 7, 1943. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied. *Mr. John S. Barbour* for petitioner. *Mr. Albert V. Bryan* for respondents.

No. 1041. DUBINA *v.* MICHIGAN. June 7, 1943. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Mr. Harry C. Howard* for petitioner.

No. 977. S. J. GROVES & SONS CO. *v.* WARREN, COMPTROLLER GENERAL. June 7, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Messrs. O. R. McGuire* and *O. R. McGuire, Jr.* for